# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE FENTON | ) CIVIL ACTION NO. 1:09-CV-10953WGY |
| Plaintiff | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| LAW OFFICES HOWARD LEE | ) |
| SCHIFF PC | ) |
| Defendant | )          JULY 15, 2009 |

## STIPULATION TO WITHDRAW

Plaintiff and defendant hereby stipulate and agree the within action is withdrawn with prejudice and without costs to either parties.

PLAINTIFF,
JANE FENTON

DEFENDANT, LAW OFFICES HOWARD
LEE SCHIFF P.C.

By _Jane M Fenton_
SERGEI LEMBERG BBO #6500671
Her Attorneys
1100 Summer Street, 3RD FLOOR
Stamford, CT 06905
203 653 2250

By _____
JEANINE M. DUMONT BBO # 639584
KAREN WISNIOWSKI BBO# 633018
Its Attorneys
510 Tolland Street
East Hartford, CT 06108
(860) 528 9991

Dated: July 1st, 2009

Dated: August 7, 2009

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.